# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>TINSLEY, DWANE L. | 2. Court or Organization<br><br>SOUTHERN DISTRICT, WEST VIRGINIA | 3. Date of Report<br><br>05/13/2021 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. MAGISTRATE JUDGE (FULL-TIME) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2020<br>**to**<br>12/31/2020 |
| 7. Chambers or Office Address<br><br>5408 ROBERT C. BYRD UNITED STATES COURTHOUSE<br>300 VIRGINIA STREET EAST<br>CHARLESTON, WV 25301 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2020 | NATIONWIDE RETIREMENT PLAN - DEFINED BENEFIT PENSION PLAN WITH FORMER EMPLOYER, NO CONTROL |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| **TINSLEY, DWANE L.** | 05/13/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2020 | NATIONWIDE RETIREMENT PLAN (DEFINED BENEFIT PENSION) | $12,306.60 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | PROGRESSIVE CASUALTY INSURANCE COMPANY (WAGES) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TINSLEY, DWANE L. | 05/13/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | HUNTINGTON BANK | PERSONAL LINE OF CREDIT | M |
| 2. | PROGRESIVE 401K LOAN | LOAN FROM 401K ACCOUNT | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TINSLEY, DWANE L. | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | RENTAL PROPERTY #2, FAYETTEVILLE, WV | A | Rent | J | W | | | | | |
| 2. | TRUIST BANK (BB&T) CHECKING ACCOUNT #1 | A | Interest | M | T | | | | | |
| 3. | HUNTINGTON BANK CHECKING ACCOUNT #1 | A | Interest | N | T | | | | | |
| 4. | HUNTINGTON BANK CHECKING ACCOUNT #3 | A | Interest | M | T | | | | | |
| 5. | HUNTINGTON BANK CHECKING ACCOUNT #4 | | None | J | T | | | | | |
| 6. | HUNTINGTON BANK SAVINGS ACCOUNT | A | Interest | J | T | | | | | |
| 7. | HUNTINGTON BANK CHECKING ACCOUNT #5 | | None | J | T | | | | | |
| 8. | PIONEER FEDERAL CREDIT UNION ACCOUNT #1 | A | Dividend | J | T | | | | | |
| 9. | COMPUTERSHARE - METLIFE POLICYHOLDERS TRUST COMMON STOCK | A | Dividend | J | T | | | | | |
| 10. | (H) NATIONAL FINANCIAL SERVICES BROKERAGE ACCOUNT | | | | | | | | | |
| 11. | - ISHARES MSCI EAFE ETF COMMON STOCK | A | Dividend | J | T | | | | | |
| 12. | - ISHARES RUSSELL MIDCAP GROWTH ETF COMMON STOCK | A | Dividend | K | T | | | | | |
| 13. | - ISHARES RUSSELL MIDCAP VALUE ETF COMMON STOCK | A | Dividend | K | T | | | | | |
| 14. | - ISHARES RUSSELL 1000 GROWTH ETF COMMON STOCK | A | Dividend | K | T | | | | | |
| 15. | - ISHARES RUSSELL 1000 VALUE ETF COMMON STOCK | A | Dividend | K | T | | | | | |
| 16. | - ISHARES RUSSELL 2000 GROWTH ETF COMMON STOCK | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TINSLEY, DWANE L. | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 17.   - ISHARES RUSSELL 2000 VALUE ETF COMMON STOCK | A | Dividend | J | T | | | | | |
| 18.   - NFS SWEEP MONEY MARKET ACCOUNT | A | Interest | J | T | | | | | |
| 19.  (H) LINCOLN NATIONAL LIFE INS CO LINCOLN COVERED CHOICE ANNUITY | | | | | | | | | |
| 20.   - FIXED ACCOUNT | B | Interest | L | T | | | | | |
| 21.   - PERFORM TRIGGR | B | Interest | L | T | | | | | |
| 22.   - 1 YR PTP W CAP | B | Interest | K | T | | | | | |
| 23.  (H) AMERICAN STOCK TRANSFER & TRUST COMPANY | | | | | | | | | |
| 24.   - COLUMBIA PROPERTY TRUST INC. REIT | A | Dividend | K | T | | | | | |
| 25.  (H) IRA #1 - NATIONWIDE DESTINATION B VARIABLE ANNUITY | | | | | | | | | |
| 26.   - NW NVIT INV DEST CAPAPP II | | None | L | T | | | | | |
| 27.  (H) IRA #2 - JANNEY MONTGOMERY SCOTT | | | | | | | | | |
| 28.   - ISHARES RUSSELL 2000 INDEX ETF COMMON STOCK | A | Dividend | J | T | Buy (add'l) | 08/26/20 | J | | |
| 29. | | | | | Buy (add'l) | 11/24/20 | J | | |
| 30.   - SPDR S&P 500 ETF COMMON STOCK | A | Dividend | | | Sold (part) | 05/06/20 | J | A | |
| 31. | | | | | Sold (part) | 06/09/20 | J | A | |
| 32. | | | | | Sold | 08/26/20 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **TINSLEY, DWANE L.** | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 33.   - SPDR S&P BANK ETF | | None | | | Sold | 03/09/20 | J | | |
| 34.   - SPDR SERIES TRUST S&P RETAIL ETF | | None | | | Sold | 03/09/20 | J | | |
| 35.   - VANGUARD REIT INDEX ETF | A | Dividend | J | T | | | | | |
| 36.   - VANGUARD FTSE EMERGING MARKETS ETF | A | Dividend | J | T | Buy (add'l) | 07/29/20 | J | | |
| 37.   - FIRST TRUST IV TACTICAL HIGH YIELD ETF | A | Dividend | | | Sold (part) | 03/09/20 | J | | |
| 38. | | | | | Sold | 03/27/20 | J | | |
| 39.   - ISHARES MBS ETF | A | Dividend | J | T | Sold (part) | 07/14/20 | J | A | |
| 40.   - ISHARES INTERMEDIATE TERM CORP BOND ETF | A | Dividend | J | T | Buy (add'l) | 07/14/20 | J | | |
| 41. | | | | | Buy (add'l) | 07/29/20 | J | | |
| 42.   - ISHARES SILVER TRUST | | None | J | T | Buy | 04/20/20 | J | | |
| 43.   - SPDR GOLD TRUST GOLD SHARES | | None | J | T | Buy | 03/09/20 | J | | |
| 44. | | | | | Sold (part) | 04/20/20 | J | A | |
| 45.   - AMPLIFY ONLINE RETAIL ETF | A | Dividend | J | T | Buy | 04/20/20 | J | | |
| 46. | | | | | Sold (part) | 08/26/20 | J | A | |
| 47.   - ARK AUTONOMOUS TECHNOLOGY & ROBOTICS ETF | A | Dividend | J | T | Buy | 10/13/20 | J | | |
| 48.   - ARK GENOMIC REVOLUTION ETF | A | Dividend | J | T | Buy | 08/26/20 | J | | |
| 49.   - ETF SER SOLUTIONS U S GLOBAL JETS ETF | A | Dividend | J | T | Buy | 08/26/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TINSLEY, DWANE L. | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | | | | | | | | | |
| | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 50. - GOLDMAN SACHS ACTIVEBETA U S LARGE CAP EQUITY ETF | A | Dividend | J | T | Buy | 08/26/20 | J | | |
| 51. | | | | | Sold (part) | 11/24/20 | J | A | |
| 52. - SECTOR FINANCIAL SELECT SECTOR SPDR ETF | A | Dividend | J | T | Buy | 07/14/20 | J | | |
| 53. | | | | | Buy (add'l) | 11/24/20 | J | | |
| 54. - SECTOR MATERIALS SELECT SECTOR SPDR ETF | A | Dividend | J | T | Buy | 07/29/20 | J | | |
| 55. - ISHARES TIPS BOND ETF | A | Dividend | J | T | Buy | 03/27/20 | J | | |
| 56. | | | | | Buy (add'l) | 07/14/20 | J | | |
| 57. | | | | | Buy (add'l) | 07/29/20 | J | | |
| 58. - BARCLAYS BANK PLC IPATH BLOOMBERG COMMODITY INDEX TOTAL RETURN ETN | | None | J | T | Sold (part) | 04/20/20 | J | | |
| 59. - PIMCO ENHANCED SHORT MATURITY ACTIVE ETF | A | Dividend | J | T | | | | | |
| 60. - SPDR DOUBLELINE TOTAL RETURN TACTICAL ETF | A | Dividend | J | T | Buy (add'l) | 03/09/20 | J | | |
| 61. - AMERICAN EXPRESS CENTURION | A | Interest | J | T | | | | | |
| 62. - INVESCO EXCHANGE S&P 500 QUALITY ETF | | None | | | Sold | 03/10/20 | J | A | |
| 63. - VANGUARD SHORT TERM INFLATION PROTECTED SECURITIES ETF | A | Dividend | J | T | Sold (part) | 07/29/20 | J | A | |
| 64. - WISDOMTREE FLOATING RATE TREASURY BOND | A | Dividend | | | Sold | 07/29/20 | J | A | |
| 65. - ISHARES CORE MSCI EAFE ETF | A | Dividend | J | T | Sold (part) | 04/20/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| TINSLEY, DWANE L. | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 66. | | | | | Sold<br>(part) | 07/29/20 | J | | |
| 67. - ISHARES EXPANDED TECH SOFTWARE SECTOR ETF | | None | J | T | Buy | 03/10/20 | J | | |
| 68. | | | | | Sold<br>(part) | 07/29/20 | J | A | |
| 69. | | | | | Sold<br>(part) | 11/24/20 | J | A | |
| 70. - ISHARES NASDAQ BIOTECHNOLOGY ETF | | None | | | Sold<br>(part) | 07/29/20 | J | A | |
| 71. | | | | | Sold | 08/26/20 | J | A | |
| 72. - SPDR S&P AERO DEFENSE ETF | | None | | | Buy | 06/09/20 | J | | |
| 73. | | | | | Buy<br>(add'l) | 08/26/20 | J | | |
| 74. | | | | | Sold | 10/13/20 | J | | |
| 75. - SPDR S&P OIL & GAS EXP ETF | | None | | | Buy | 05/06/20 | J | | |
| 76. | | | | | Sold | 07/14/20 | J | | |
| 77. (H) IRA #3 - LPL FINANCIAL | | | | | | | | | |
| 78. - AMAZON.COM INC | | None | J | T | | | | | |
| 79. - APPLE INC | A | Dividend | J | T | Sold<br>(part) | 10/06/20 | J | | |
| 80. - NETFLIX INC | | None | J | T | Sold<br>(part) | 10/06/20 | J | A | |
| 81. - NVIDIA CORP | A | Dividend | J | T | Sold<br>(part) | 10/06/20 | J | B | |
| 82. - DISCOVER BANK | | None | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TINSLEY, DWANE L. | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 83. - IQIYI INC | | None | | | Sold | 10/06/20 | J | | |
| 84. - FACEBOOK INC CL A | | None | | | Sold<br>(part) | 10/06/20 | J | A | |
| 85. | | | | | Sold | 12/10/20 | J | A | |
| 86. - WALT DISNEY CO | A | Dividend | J | T | | | | | |
| 87. - GOLDMAN SACHS BANK USA | | None | | | Closed | 12/30/20 | J | | |
| 88. - US BANK NATIONAL ASSOCIATION | | None | | | Closed | 12/30/20 | J | | |
| 89. - FIRST TRUST CLOUD COMPUTING INDEX ETF | A | Dividend | J | T | | | | | |
| 90. - SALESFORCE.COM | | None | J | T | Buy | 12/23/20 | J | | |
| 91. - WALMART INC | A | Dividend | J | T | Buy | 10/07/20 | J | | |
| 92. - ISHARES NASDAQ BIOTECHNOLOGY | A | Dividend | J | T | Buy | 10/07/20 | J | | |
| 93. - ISHARES U.S. HOME CONSTRUCTION | A | Dividend | J | T | Buy | 10/07/20 | J | | |
| 94. (H) IRA #4 - HUNTINGTON PREMIERE SELECT IRA | | | | | | | | | |
| 95. - FIDELITY TREASURY MMKT FD DAILY MONEY | | None | J | T | | | | | |
| 96. - VANGUARD FTSE DEVELOPED MARKET ETF | A | Dividend | K | T | Buy<br>(add'l) | 01/10/20 | J | | |
| 97. - VANGUARD INDEX FDS VANGUARD GROWTH ETF | A | Dividend | K | T | Buy<br>(add'l) | 01/10/20 | J | | |
| 98. - VANGUARD INDEX FDS VANGUARD SMALL CAP VIPERS FORMERLY VANGUARD INDE | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TINSLEY, DWANE L. | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 99. - VANGUARD INDEX FDS VANGUARD VALUE ETF | A | Dividend | K | T | Buy (add'l) | 01/10/20 | J | | |
| 100. - VANGUARD INTL EQUITY INDEX FUND INC FTSE EMERGING MARKETS ETF | A | Dividend | J | T | Buy (add'l) | 01/10/20 | J | | |
| 101. - VANGUARD BD INDEX FD INC INTERMEDIATE TERM BD ETF | A | Dividend | J | T | Buy (add'l) | 01/10/20 | J | | |
| 102. - VANGUARD BD INDEX FD INC LONG TERM BD ETF | A | Dividend | J | T | | | | | |
| 103. - VANGUARD BD INDEX FD INC SHORT TERM BD ETF | A | Dividend | J | T | Buy (add'l) | 01/10/20 | J | | |
| 104. - VANGUARD CHARLOTTE TOTAL INTL BD INDEX FD ETF | A | Dividend | J | T | Buy (add'l) | 01/10/20 | J | | |
| 105. - VANGUARD SCOTTSDALE FDS VANGUARD MTG-BACKED SECS IDX FD ETF | A | Dividend | J | T | Buy (add'l) | 01/10/20 | J | | |
| 106. (H) 401K - PROGRESSIVE 401K PLAN | | | | | | | | | |
| 107. - VANGUARD INSTITUTIONAL TARGET RETIREMENT 2030 | A | Int./Div. | J | T | Sold (part) | 12/10/20 | J | | |
| 108. - PROGRESSIVE STOCK | A | Dividend | K | T | Buy | 01/02/20 | J | | |
| 109. | | | | | Buy (add'l) | 12/10/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **TINSLEY, DWANE L.** | 05/13/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line #9 - Reporting individual's spouse holds an account at Pioneer Federal Credit Union that went above reporting threshhold in current year.

Part VII, Line #107 & 109 - Reporting individual's spouse holds a 401(k) account through her employer. She exchanged money from the target fund on line 107 into the stock on line 109. Per the provided records it was an exchange not a sale.

| Name of Person Reporting | Date of Report |
|---|---|
| TINSLEY, DWANE L. | 05/13/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ DWANE L. TINSLEY**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544